01-15-00767-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

September 29, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 10:06:50 AM
CHRISTOPHER A. PRINE
Clerk

JAMES S. CROWLEY
ATTORNEY OF RECORD
214 MORTON ST.
RICHMOND, TEXAS 77469

Defendant's Name: JOHN ANTHONY KAMENICKY

Cause No: 1477613

Court. 232ND

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 08/21/2015
**Sentence Imposed Date:** 08/21/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** THOMAS A. RADOSEVICH
Motion for New Trial 09/18/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

ARLENE WEBB (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.